**Opinion issued July 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00821-CR

_____

**ANTHONY HOLLINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Case No. 1871302**

## MEMORANDUM OPINION

Appellant Anthony Hollins appealed the trial court's judgment and sentence of September 25, 2025. On July 8, 2026, Appellant filed a Motion to Dismiss Appeal, stating that he "has had an opportunity to discuss []his appeal with undersigned

counsel and is of the opinion that the appeal is no longer warranted" and "requests that this Court dismiss this appeal" pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. Appellant and his attorney have signed the motion, and this Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We deny any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.

Do not publish.  TEX. R. APP. P. 47.2(b).